1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   ODIS MARTIN and LORETHA           No.  2:14-cv-00360-GEB-AC
    MARTIN,
10
                    Plaintiffs,
11                                      **DISMISSAL ORDER**
         v.
12
    HILTON SACRAMENTO ARDEN WEST;
13  WHGCA LLC; HILTON WORLDWIDE,
    INC.; AND DOES 1-20,
14  Inclusive,

15                    Defendants.

16

17          Plaintiffs were required to respond to an Order filed

18  May 2, 2014, by either filing proof that Defendant HILTON

19  SACRAMENTO ARDEN WEST was served with process or a document

20  showing good cause for Plaintiffs' failure to serve this

21  Defendant within the 120-day period prescribed in Federal Rule of

22  Civil Procedure 4(m). (Order 2:7-14, ECF No. 10.) This filing was

23  due no later than June 6, 2014. Id. The May 2, 2014 Order warned

24  Plaintiffs that failure to make the required showing by the

25  deadline would result in Defendant HILTON SACRAMENTO ARDEN WEST

26  being dismissed from this action.

27          Plaintiffs failed to respond to the May 2, 2014 Order

28
                                  1

1  by this deadline. Therefore, Defendant HILTON SACRAMENTO ARDEN

2  WEST is dismissed from this action without prejudice.

3          IT IS SO ORDERED.

4  Dated:  June 26, 2014

5

6

7  _____
   GARLAND E. BURRELL, JR.
   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2