UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive,<br><br>　　　　Defendants. | No.  2:14-cv-00360-GEB-AC<br><br>**ORDER VACATING ORDER OF DISMISSAL** |

　　　　The Court's Dismissal Order filed on June 27, 2014, (ECF No. 13), was issued in error since review of the docket reflects that Plaintiffs timely filed a Proof of Service for Defendant Hilton Sacramento Arden West on February 7, 2014. (ECF No. 5). Accordingly, the June 27, 2014 Order of Dismissal is VACATED.

Dated:  June 30, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1