1 | PAUL L. REIN, ESQ.  (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
2 | CATHERINE CABALO, ESQ. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
3 | 200 Lakeside Drive, Suite A
Oakland, CA  94612
4 | Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
5 | E-mail:  reinlawoffice@aol.com

6 | Attorneys for Plaintiff
ODIS MARTIN and LORETHA MARTIN
7 |

8 | GARY R. BASHAM, ESQ. (SBN 130119)
BASHAM LAW GROUP
9 | 1545 River Park Drive, Suite 205
Sacramento, California 95815
10 | Telephone: (916) 993-4840 Facsimile: (916) 993-4849

11 | Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.
12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **EASTERN DISTRICT OF CALIFORNIA**

15 |

| | |
|---|---|
| 16 ODIS MARTIN and LORETHA MARTIN, | ) Case No. 2:14-cv-00360-GEB-AC |
| 17   Plaintiffs, | ) ) ) |
| 18 | ) |
| 19   vs. | ) **STIPULATION AND [PROPOSED]** ) **ORDER TO EXTEND FILING** ) **DEADLINE FOR AMENDED** |
| 20 HILTON SACRAMENTO ARDEN WEST; | ) **COMPLAINT FROM AUGUST 25, 2014,** ) **TO OCTOBER 10, 2014** |
| 21 WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive, | ) ) |
| 22   Defendants. | ) ) |
| 23 | ) |

24 |

25 | **STIPULATION**

26 | Plaintiffs Odis Martin and Loretha Martin ("Plaintiffs") and defendants WHGCA

27 | LLC and HILTON WORLDWIDE, INC. ("Defendants") – Plaintiffs and Defendants together the

"Parties" -- hereby stipulate and request the Court extend the deadline for plaintiffs to file a First

28 | Amended Complaint pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903 (9th Cir. 2011) for

1  the following reasons:

2      1.     The Parties have worked together to schedule a FRCP 34 inspection. However,

3             Defendants represent that the room that Plaintiffs encountered has been rented for

4             over three weeks to another hotel guest.  It is not available for inspection until

5             August 6, 2014.

       2.     The Parties disagree about the required scope of the inspection, but have agreed to
6
              set aside the disagreement to schedule the first inspection date on August 6, 2014,
7
              the earliest date the room in question is available.  If additional barriers are
8
              discovered on the first inspection day, the Parties have agreed to schedule an
9
              additional inspection day.  In order to litigate efficiently and minimize costs, all
10
              barriers pursuant to *Oliver* must be identified before Plaintiffs file their First
11
              Amended Complaint ("FAC").

12     3.     The Court ordered Plaintiffs to file their FAC on or before August 25, 2014. Docket

              No. 16.
13
       4.     The Parties want to avoid needless and expensive motion practice to compel the
14
              inspection and allow time for preparation of Plaintiffs' expert's inspection report
15
              identifying all access barriers at the subject premises before the Court-ordered
16
              deadline, or alternatively to file a motion for leave to file a second amended
17
              complaint after the deadline if new barriers are discovered on a second day of

18            inspection, if necessary.

19         The Parties therefore stipulate and request the Court order the deadline for plaintiffs to file

    their FAC from August 25, 2014, to October 10, 2014, to prevent needless motion practice.
20

21

22

23  Dated:  July 22, 2014                    LAW OFFICES OF PAUL L. REIN

24

25                                               */s/ Catherine Cabalo*
                                            By:  CATHERINE CABALO, ESQ.
26                                          Attorneys for Plaintiffs
                                            ODIS MARTIN and LORETHA MARTIN
27

28  //

STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING
DEADLINE FOR AMENDED COMPLAINT                      2
Case No. 2:14-cv-00360-GEB-AC

1 | Dated:  July 22, 2014                                    BASHAM LAW GROUP

2

3 |                                                 */s/ Gary R. Basham*
    |                                                 By:  GARY R.BASHAM, ESQ.
4 |                                                 Attorneys for Defendants
    |                                                 WHGCA LLC and HILTON WORLDWIDE, INC.
5

6

7

8 |                                                 **<u>ORDER</u>**

9 |        For the reasons set forth above, the Court extends to October 10, 2014 Plaintiffs' time to file

10 | a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file the an

11 | amendment pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903 (9th Cir. 2011), after which

12 | time no further service, joinder of parties, or amendments to the pleadings is permitted, except with

13 | leave of the Court for good cause shown.

14 | IT IS SO ORDERED.

15 | Dated:  July 22, 2014

16

17 | _____

18 | GARLAND E. BURRELL, JR.
    | Senior United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING
DEADLINE FOR AMENDED COMPLAINT                      3
Case No. 2:14-cv-00360-GEB-AC