PAUL L. REIN, ESQ. (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
CATHERINE CABALO, ESQ. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff
ODIS MARTIN and LORETHA MARTIN


GARY R. BASHAM, ESQ. (SBN 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840 Facsimile: (916) 993-4849

Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive,<br><br>Defendant. | Case No. 2:14-cv-00360-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE FOR AMENDED COMPLAINT FROM DEDEMBER 31, 2014, TO FEBRUARY 6, 2015** |

## **STIPULATION**

Plaintiffs Odis Martin and Loretha Martin ("Plaintiffs") and defendants WHGCA LLC and HILTON WORLDWIDE, INC. ("Defendants") – Plaintiffs and Defendants together the "Parties" -- hereby stipulate and request the Court extend the deadline for plaintiffs to file a First Amended Complaint pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903 (9th Cir. 2011).

This stipulation is the second request for a continuance of this deadline.  Plaintiffs made the first request for a continuance of this deadline on September 26, 2014 (Docket No. 24).  The Parties stipulate for the following reasons:

1. The Parties were not able to complete the Federal Rule of Civil Procedure ("FRCP") 34 inspection of the subject premises until November 25, 2014.

2. In order to litigate efficiently and minimize costs, all access barriers pursuant to *Oliver* must be identified before Plaintiffs file their First Amended Complaint ("FAC").  However, in order to effectively identify all barriers to access, Plaintiffs' access consultant needs certain discoverable information regarding the subject premises from Defendants.

3. Plaintiff propounded two sets of discovery which should elicit the necessary information, but the answers to those discovery requests are not due to be returned until December 21, 2014 and December 28, 2014.

4. The Court ordered Plaintiffs to file their FAC on or before December 31, 2014. Docket No. 27.

5. The Parties want to provide Defendants enough time to respond to the requested written discovery, and to provide Plaintiffs with enough time to meet with their access consultant regarding Defendants' relevant discovery responses, which will then allow Plaintiffs' access consultant to complete his inspection report identifying all access barriers at the subject premises.

The Parties therefore stipulate and request the Court order the deadline for Plaintiffs to file their FAC from December 31, 2014, to February 6, 2015, to keep costs down in this case and to facilitate efficient resolution of discovery matters and Plaintiffs' FAC.

Dated:  December 15, 2014              LAW OFFICES OF PAUL L. REIN

                                               */s/ Catherine Cabalo*
By:  CATHERINE CABALO, ESQ.
Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN

1 | Dated:  December 15, 2014                             BASHAM LAW GROUP

                                                           */s/ Gary R. Basham*
                                                           By:  GARY R. BASHAM, ESQ.
                                                           Attorneys for Defendants
                                                           WHGCA LLC and HILTON WORLDWIDE, INC.

**ORDER**

For the reasons set forth above, the Court extends to February 6, 2015, Plaintiffs' time to file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file the an Amended Complaint, after which time no further amendments to the pleadings is permitted, except with leave of the Court for good cause shown.

IT IS SO ORDERED.

Dated:  December 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge