PAUL L. REIN, ESQ. (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
CATHERINE CABALO, ESQ. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff
ODIS MARTIN and LORETHA MARTIN


GARY R. BASHAM, ESQ. (SBN 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840 Facsimile: (916) 993-4849

Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive,<br><br>Defendant. | Case No. 2:14-cv-00360-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT TO REFLECT NOTICE PLEADING REQUIREMENTS** |

## STIPULATION

Plaintiffs Odis Martin and Loretha Martin ("Plaintiffs") and defendants WHGCA LLC and HILTON WORLDWIDE, INC. ("Defendants") – Plaintiffs and Defendants together the "Parties" -- hereby stipulate and request the Court allow Plaintiffs to file a First Amended Complaint pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903 (9th Cir. 2011). The Parties stipulate for the following reasons:

1. The Parties completed the Federal Rule of Civil Procedure ("FRCP") 34 inspection of the subject premises on November 25, 2014.
2. FRCP Rule 8 requires that Plaintiffs give Defendants adequate notice of access barriers, pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903, 909 (9th Cir. 2011).
3. The Parties desire to minimize litigation and attempt to facilitate resolution of Plaintiff's claims as to all parties.

The Parties therefore stipulate and request that the Court allow Plaintiffs to file a First Amended Complaint which will be identical to the existing complaint except that a new paragraph 9 will incorporate pleading notice to Defendants of access barriers.  The Parties jointly stipulate and request that the Court order the attached First Amended Complaint to be filed and allow Defendants 30 days from the date the First Amended Complaint is filed to file an Answer to the First Amended Complaint.

Dated:  February 6, 2015                    LAW OFFICES OF PAUL L. REIN

                                                             */s/ Catherine Cabalo*
                                                            By:  CATHERINE CABALO, ESQ.
                                                            Attorneys for Plaintiffs
                                                            ODIS MARTIN and LORETHA MARTIN

Dated:  February 6, 2015                    BASHAM LAW GROUP

                                                             */s/ Gary R. Basham*
                                                            By:  GARY R.BASHAM, ESQ.
                                                            Attorneys for Defendants
                                                            WHGCA LLC and HILTON WORLDWIDE, INC.

STIPULATION AND [PROPOSED] ORDER
TO FILE FAC
Case No. 2:14-cv-00360-GEB-AC

2

# **ORDER**

The referenced First Amended Complaint shall be filed with the Court no later than two days after this order is filed and defendants have 30 days from the filing date of the First Amended Complaint to file an Answer to the First Amended Complaint.

Dated: February 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge