PAUL L. REIN, ESQ. (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
CATHERINE CABALO, ESQ. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff
ODIS MARTIN and LORETHA MARTIN

GARY R. BASHAM, ESQ. (SBN 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840 Facsimile: (916) 993-4849

Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive,<br><br>Defendant. | Case No. 2:14-cv-00360-GEB-AC<br><br>**STIPULATION AND ORDER TO REFER CASE TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE AND TO CONTINUE DEADLINE TO COMPLETE DISCOVERY** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**STIPULATION**

WHEREAS, the parties to this stipulation want to make best efforts to settle this case

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE &
CONTINUE DISCOVERY CUTOFF
Case No. 2:14-cv-00360-GEB-AC

1

without unnecessary litigation;

WHEREAS, the parties participated in a Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 34 site inspection on August 19, 2014, and the parties have met and exchanged relevant information since then to evaluate settlement options;

WHEREAS, pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903 (9th Cir. 2011), plaintiffs Odis and Loretha Martin amended their Complaint on February 11, 2015 to reflect all alleged access barriers at the subject Hilton, and defendants answered the Amended Complaint on February 25, 2015;

WHEREAS, the parties have met and conferred several times to evaluate the status of injunctive relief negotiations and would like to schedule a settlement conference to allow the parties to make their best effort to settle this case;

IT IS HEREBY STIPULATED by and among all parties that this case be referred to a Magistrate Judge for a settlement conference to take place after September 11, 2015 and for a brief one month continuance of the deadline to complete discovery.

Dated:  July 29, 2015                    LAW OFFICES OF PAUL L. REIN

                                                         */s/ Catherine Cabalo*
By:  CATHERINE CABALO, ESQ.
Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN

Dated:  July 29, 2015                    BASHAM LAW GROUP

                                                         */s/ Gary R. Basham*
By:  GARY R. BASHAM, ESQ.
Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.

STIPULATION AND ORDER                    2
TO SET SETTLEMENT CONFERENCE &
CONTINUE DISCOVERY CUTOFF
Case No. 2:14-cv-00360-GEB-AC

**ORDER**

Pursuant to the parties' stipulation, the parties are hereby authorized to contact the courtroom deputy assigned to a magistrate judge for the purpose of attempting to schedule a settlement conference at a mutually convenient date and time. Further, the discovery completion date is changed to October 28, 2015.

Dated: July 31, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge