PAUL L. REIN, ESQ. (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
CATHERINE CABALO, ESQ. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff
ODIS MARTIN and LORETHA MARTIN


GARY R. BASHAM, ESQ. (SBN 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840 Facsimile: (916) 993-4849

Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive,<br><br>Defendant. | Case No. 2:14-cv-00360-GEB-AC<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE DISCOVERY** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**STIPULATION**

To keep costs down and to facilitate efficient resolution of this case, Plaintiffs ODIS MARTIN and LORETHA MARTIN ("Plaintiffs") and defendants WHGCA LLC and HILTON

WORLDWIDE, INC. ("Defendants") – Plaintiffs and Defendants together the "Parties" -- hereby stipulate and request that the deadline to complete discovery in this matter be continued to December 18, 2015.  The Parties do so based on the following good cause:

1. The subject property is Hilton Sacramento Arden West, a large hotel located in Sacramento, California (the "Hotel").

2. Pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903 (9th Cir. 2011), Plaintiffs amended their Complaint on February 11, 2015, to reflect all alleged access barriers at the Hotel (Docket No. 38), and Defendants answered the Amended Complaint on February 25, 2015 (Docket Nos. 39 and 40).

3. The Parties have actively met and exchanged relevant information to evaluate settlement options since the Parties participated in a Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 34 site inspection at the Hotel on August 19, 2014. The Parties' access consultants most recently met at the Hotel on September 8, 2015 to discuss barrier removal options.  They intend to conduct a third site inspection by the end of September to conclude their determinations of the Parties' respective positions regarding injunctive relief.

4. Depositions of Defendants have been tentatively set for October 7-9, 2015.

5. A settlement conference has been scheduled with Magistrate Judge Allison Claire on February 25, 2016.

6. The current deadline to complete discovery in this matter is October 28, 2015, per the Court's July 31, 2015 Order (Docket No. 42).

IT IS HEREBY STIPULATED by and among all parties that the deadline to complete discovery in this matter be continued until December 18, 2015 so that the Parties can make their best efforts to settle this case without unnecessary discovery and litigation, but still be allowed enough time to complete discovery if settlement efforts are not successful.

1 | Dated:  September 16, 2015 | LAW OFFICES OF PAUL L. REIN

3 | |       */s/ Catherine Cabalo*
 | | By:  CATHERINE CABALO, ESQ.
4 | | Attorneys for Plaintiffs
 | | ODIS MARTIN and LORETHA MARTIN

6 | Dated:  September 16, 2015 | BASHAM LAW GROUP

8 | |       */s/ Gary Basham*
 | | By:  GARY R. BASHAM, ESQ.
9 | | Attorneys for Defendants
 | | WHGCA LLC and HILTON WORLDWIDE, INC.

STIPULATION AND ORDER
TO CONTINUE DISCOVERY CUTOFF
Case No. 2:14-cv-00360-GEB-AC

3

1 **ORDER**

2   Based upon the parties' stipulation, it is so ORDERED. The deadline to complete
3 discovery in this case shall be December 18, 2015.
4 Dated: September 18, 2015

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER                      4
TO CONTINUE DISCOVERY CUTOFF
Case No. 2:14-cv-00360-GEB-AC