UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; and HILTON WORLDWIDE, INC.,<br><br>　　　　Defendants. | No.  2:14-cv-00360-GEB-AC<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation and Proposed Order to Continue Deadlines filed on November 4, 2015:

　　　　All discovery shall be completed by January 4, 2016; the last hearing date for motions shall be February 8, 2016; the final pretrial conference is set for April 4, 2016, at 11:00 a.m. in courtroom 10; and trial shall commence at 9:00 a.m. on May 17, 2016, in courtroom 10.

Dated:  November 6, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1