PAUL L. REIN, ESQ. (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff
ODIS MARTIN and LORETHA MARTIN


GARY R. BASHAM, ESQ. (SBN 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840 Facsimile: (916) 993-4849

Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>HILTON SACRAMENTO ARDEN WEST; WHGCA LLC; HILTON WORLDWIDE, INC.; AND DOES 1-20, Inclusive,<br><br>Defendant. | Case No. 2:14-cv-00360-TLN-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

### **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, subject to the Court retaining jurisdiction to enforce the Consent Decree as to provisions of disabled access, this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). The Parties have resolved their disputes as to injunctive relief, damages and attorney fees, litigation expenses and costs. **IT IS SO STIPULATED.**

Dated:  March 29, 2016          LAW OFFICES OF PAUL L. REIN


     */s/ Paul L. Rein*
By:  PAUL L. REIN, ESQ.
Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN


Dated:  March 29, 2016          BASHAM LAW GROUP


     */s/ Gary R. Basham*
By:  GARY R. BASHAM, ESQ.
Attorneys for Defendants
WHGCA LLC and HILTON WORLDWIDE, INC.


### **ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**.


Dated: March 30, 2016

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER
TO FOR DISMISSAL OF ACTION
Case No. 2:14-cv-00360-TLN-AC

2